## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO VILLAGRANA, ) | 3:11-cv-00652-ECR (WGC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | December 7, 2011 |
| RECONTRUST COMPANY, N.A., *et al.*, ) | |
| Defendants. ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    JENNIFER COTTER    </u>   REPORTER: <u>NONE APPEARING    </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                     </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

On September 12, 2011, this court entered an order directing that "all parties removing actions to the court" must file a statement concerning removal (Doc. #2). On September 27, 2011, defendants Countrywide Home Loans, Inc., *et.al.*, filed their "Statement re Removal" (Doc. #6) in compliance with this court's minute order (Doc. #2). Plaintiff thereafter filed a "Statement re Removal" on October 3, 2011 (Doc. #8). Plaintiff, however, was not a "removing party" and thus the court's order (Doc #2) did not apply to plaintiff.

On October 26, 2011, defendants Countrywide, *et al.*, filed a Motion to Strike (Doc. #8) Statement in Removal Case filed by plaintiff. (Doc. #19.) Defendant First Centennial filed a Joinder to the Motion to Strike on November 1, 2011. (Doc. #21.) No opposition to the motion to strike has been filed.

Good cause appearing, therefore, defendants' motion to strike (Doc. #19) and the joinder thereto (Doc. #21) are **GRANTED.** The Clerk is directed to strike plaintiff's statement in removal (Doc. #8).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>         /s/                              </u>
         Deputy Clerk