AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

GUSTAVO VILLAGRANA, an individual,

    Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

                                      CASE NUMBER: **3:11-CV-00652-ECR-WGC**

RECONSTRUST COMPANY, N.A., et al.,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (#22,24) are **GRANTED**.

    May 23, 2012                                           **LANCE S. WILSON**
                                                                                   Clerk

                                                                              /s/ D. R. Morgan
                                                                                Deputy Clerk